**FILED**

**JUDGMENT ENTERED**

_6-12-03_

Date

by _Helling_

Deputy Clerk

**U.S. District Court**
**Eastern District of California**

**FILE CLOSED**

_UNITED STATES DISTRICT COURT_
_EASTERN DISTRICT OF CALIFORNIA_

RAFAEL ORDAZ,

**JUDGMENT IN A CIVIL ACTION**

vs.

CV-F-02-6434 OWW/SMS P

A. TERRAZAS, etal

_____/

The Findings and Recommendations issued by the Magistrate Judge on May 15, 2003, are hereby adopted in full, and

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed.

DATED: _6-12-03_

JACK L. WAGNER, Clerk

By: _Helling_

Deputy Clerk

17

United States District Court
for the
Eastern District of California
June 12, 2003


\* \* CERTIFICATE OF SERVICE \* \*
Entry on Civil Docket


1:02-cv-06434


Ordaz

    v.

Terrazas

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 12, 2003,  I SERVED and ENTERED on the civil docket a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the office of the Clerk, or, pursuant to prior authorization by counsel, via facsimile.


    Rafael Ordaz                              OWW SMS P
    K-64401
    CCI-2
    California Correctional Institute
    PO Box 608
    Tehachapi, CA  93581

    Constance L Picciano
    Attorney General's Office for the State of California
    PO Box 944255
    1300 I Street
    Suite 125
    Sacramento, CA  94244-2550


                                        Jack L. Wagner, Clerk

                              BY:
                              Deputy Clerk